Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DANNY IRVIN ADAMS & ANITA SUSAN COOPER ADAMS

CASE NO. 14-70059-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 6796 | SS#2: xxx-xx- 4773 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   4/1/2014   Orig. Time:   11:00 AM        Reset Date:              Reset Time:

B. Meeting Results:        Adjourned

C. Debtor(s):   Debtor 1 Appeared              Debtor 2 Appeared

D. Attorney for Debtor(s):      Appeared

E. Creditor Appearance:      None

F. Amount Paid to the Trustee as of      4/1/2014    $1,136.00        First Payment Due Date:        3/30/2014

G. File Trustee's Motion to Dismiss because

H. B22C Information:        B22C Form is:      Complete

     Budgeted Income:    $6,179.05    Expense:        $5,043.05    Surplus:    $1,136.00

     Plan Payment:    $1,136.00   Monthly                                Plan Term(Months):    60

I. Value of Non-Exempt Property:              $0.00   Proposed Amount to Unsecured Creditors:              $0.00

     ___ Objection to Exemption of:

     ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

     ___ Object to Invoke Stay Pleading

     ___ Case Converted from Chapter 7, Bar Date Set:    6/30/2014    Date Converted from Chapter 7:

J. Required Information:    Good

K. Business Information:

L. Object to Confirmation:    Yes

     Sch J lists excessive expenses
     Failure to include all disposable income
     Tax return affidavit states 2010-12 have not been filed

M. Financial Management Class:    Debtor 1 Appeared              Debtor 2 Appeared

N. Eligibility:

     Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

     Credit Counseling Provider Approved:                    Yes

     Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):            No

O. Domestic Support Obligation:              $0.00    Current:            Arrears:            $0.00

     Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   Questions
              -Sch J lists excessive expenses
              -Nat'l Std 3, 2 $4,317 -- Adj Nat'l Std $4,415 -- Adjusted by $34 home, $64 rent ins,
              -Sch J $5,043 & debt in plan $950 totals $5,993 or $1,578 above Adj Nat'l Std
              -$100 rent home maint, $220 cell, $190 cable/internet, $790 food, $260 clothing /laundry
              -$662 x-port, $150 veh/camper maint, $870 med/dental exp(Ins from employer correct?)
           paint, fence, etc on the rental property, 4 cell phones & the other 2 are for his parents w/o contribution
           Not rural so a lot of options on cable
           De1 65/day De2 90/day
           She has cancer & needs treatments
              -Failure to include all disposable income
              -Tax return affidavit states 2010-12 have not been filed

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

They have now been filed.

Dated:       4/1/2014

/s/ Walter O'Cheskey

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | 14-70059 | | | | |
|---|---|---|---|---|---|
| Debtor: | Adams | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 3/31/2014 14:47 |

| Domestic Support    Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Fidelity Bank -- Camper | $2,465.00 | 5.50% | 36 | $74.43 | $2,679.58 |
| Fidelity Bank -- 2012 Ford | $32,500.00 | 5.50% | 60 | $620.79 | $37,247.27 |
| Fidelity Bank -- 2010 Nissan | $13,049.00 | 5.50% | 60 | $249.25 | $14,955.06 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees       Paid Through the Plan | $3,196.00 | | | | $3,196.00 |
|---|---|---|---|---|---|
| **Noticing Fees** | $95.04 | | | | $95.04 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,196.00 | | | | |
| Less Noticing Fees | $95.04 | | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $105,844.67 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $64,626.06 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $68,160.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,533.94 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008